JOHN ERIC OLSON
KIPP C. LELAND
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BUNGE S.A.;                             :
                                        :   Index No.
          Plaintiff,                    :   08 CV ____
                                        :
     - Against -                        :
                                        :
METALL UND ROHSTOFF SHIPPING AND        :
HOLDINGS B.V.;                          :   **RULE 7.1 STATEMENT**
          Defendant.                    :
----------------------------------------X



RECEIVED
AUG 0 6 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

**Bunge Ltd.**

Dated: New York, New York
       August 6, 2008

_____
John Eric Olson